UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

IN RE: )
    ANDREA L. FUSSNER ) CASE NO.14-70543–AKM-13
)
    DEBTOR(S) )

## NOTICE OF FINAL CURE PAYMENT

Pursuant to BR 3002.1(f), the Trustee files this Notice that the amount required to cure the below claim has been paid in full or as indicated, and that the debtor(s) has made all payments required under the Plan.

1. **Creditor:** US BANK NA AS TRUSTEE OF SN MORTGAGE

   **Trustee Claim No.** 004    **Court Claim No.** 003

   **Last four digits of number used to identify debtor(s)' account:** 4736

2. **Monthly On-going Mortgage Payments**

   ☐ Post-petition payments paid directly by debtor(s) and Trustee has no knowledge of any disbursements; or

   ☒ As of this date our office has disbursed a total of $29,509.20 paying the post-petition mortgage current on our records through April 2019, and due for May 2019.

3. **Final Cure Amount**

   |  | **Amount Claimed** | **Paid by Trustee** | **Balance** |
   |---|---|---|---|
   | **Pre-petition Arrearage Amount** | $10,102.83 | $10,102.83 | $0.00 |
   | **Post-petition fees, expenses, and charges** | $0.00 | $0.00 | $0.00 |
   | **Post-petition Arrearage Balance** | $0.00 | $0.00 | $0.00 |

4. Pursuant to BR 3002.1(g), within 21 days of the service of this Notice the creditor is obligated to file and serve on the debtor(s), debtor's counsel, and the Trustee a response indicating whether it agrees that the above is correct as of the conclusion of payments via the Trustee conduit.

   If the creditor does not agree, the response shall itemize the required cure or post-petition payment amounts, if any, which the creditor contends remain unpaid as of the conclusion of conduit payments.

|  |  |
|---|---|
| January 15, 2020 | /s/Robert P. Musgrave |
|  | Robert P. Musgrave |
|  | Chapter 13 Trustee |
|  | P.O. Box 972 |
|  | Evansville, IN  47706-0972 |
|  | Telephone:  (812) 424-3029 |
|  | Fax:  (812) 433-3464 |
|  | Email address: trusteegeneral@chap13evv.com |

### CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail January 15, 2020:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

ANDREA L. FUSSNER

1727 TOMAHAWK DR.

BOONVILLE, IN 47601

BRITT M. GARNETT
GARNETT LAW OFFICE
101 PLAZA EAST BLVD, SUITE 310
EVANSVILLE, IN 47715-

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address: trusteegeneral@chap13evv.com

US BANK NA AS TRUSTEE OF SN MORTGAGE
SN SERVICING CORP
323 5TH STREET
EUREKA, CA   95501-

CORPORATION SERVICE COMPANY
AS REGISTERED AGENT FOR
SN SERVICING CORPORATION
135 NORTH PENNSYLVANIA STREET, SUITE 1610
INDIANAPOLIS, IN 46204


	I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties by first class mail and certified return receipt requested mail January 15, 2020:

US BANK NA AS TRUSTEE OF SN MORTGAGE
SN SERVICING CORP
323 5TH STREET
EUREKA, CA   95501-

CORPORATION SERVICE COMPANY
AS REGISTERED AGENT FOR
SN SERVICING CORPORATION
135 NORTH PENNSYLVANIA STREET, SUITE 1610
INDIANAPOLIS, IN 46204


/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  trusteegeneral@chap13evv.com